JACKSON
v.
BELL.

BIGELOW *against* STEARNS.

In an action for *false imprisonment* only, if the plaintiff recovers damages, though less than fifty dollars, he is entitled to full costs in this Court.

THIS was an action for *false imprisonment* brought against the defendant, for an act done in his office as a justice of the peace, in which the plaintiff recovered ten dollars, damages. Full costs in this Court having been taxed, a motion was made for a re-taxation, on the ground that the plaintiff was not entitled to more costs than damages, or costs of the Court of Common Pleas merely.

*Per Curiam.* This is an action for *false imprisonment* only. Though false imprisonment includes an assault, it does not follow, *e converso*, that an assault and battery includes *false imprisonment*. They are distinct causes of action. The *sixth* section of the statute (sess. 36. ch. 96.) speaks only of " actions of assault and battery, and for slanderous words," in which the plaintiff, if he recovers less than 50 dollars, can recover no more costs than damages. Actions of assault and battery, and false imprisonment, &c. are expressly excepted from the provisions of the 4th and 5th sections; and in the other sections nothing is said about those actions. They are governed, then, by the general provision of the first section of the act; and we are, therefore, of opinion, that in an action for false imprisonment only, if the plaintiff recovers damages, though less than 50 dollars, he is entitled to full costs.

Motion denied.